FILED
Oct 07 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| Probation Form 22 | United States District Court<br>Federal Probation System<br>TRANSFER OF JURISDICTION | DOCKET NUMBER (Transfer Court)<br>5:19-CR-429-1BO |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court)<br>3:22-cr-00394 JSC |

| NAME OF OFFENDER<br>AARON TRUJILLO<br>San Francisco, California | DISTRICT<br>EASTERN DISTRICT OF NORTH CAROLINA | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>TERRENCE W. BOYLE | |
| | DATES OF SUPERVISION → | FROM: 07/15/2022  TO: 7/14/2024 |

**OFFENSE**

Possession of Contraband (Buprenorphine) in Prison, in Violation of 21 U.S.C. §§ 1791(a)(2) and (b)(3)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Northern District of California upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

10/3/22    *[signed]* Terrence Boyle
Date    United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HERBY ORDERED that jurisdiction over the above named offender be accepted and assumed by this court from and after the entry of this order.

Oct 6, 2022    *[signed]*
Effective Date    United States District Judge